James K. Schultz, Esq. (SBN 309945)
Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   877/334-0661
jschultz@sessions.legal
dkirkpatrick@sessions.legal
drichard@sessions.legal

Attorneys for NCB Management Services, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALLEN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NCB MANAGEMENT SERVICES, INC.; DOES 1-10 INCLUSIVE,<br><br>　　　　Defendant. | Case No.:<br><br>NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)<br>[FEDERAL QUESTION] |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT defendant NCB Management Services, Inc. ("NCB") hereby removes to this Court the state court action described below.

1.   This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this

Notice of Removal of Action

1

Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(a) in that it arises under the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* and the Fair Debt Collection Practices Act 15 U.S.C. § 1692, *et. seq.*

2. On or about May 13, 2019, the action was commenced by Plaintiff Richard Allen ("Plaintiff") in the Superior Court of the State of California, County of Los Angeles, captioned, *Richard Allen v. NCB Management Services, Inc.*, Case No. 19SMCV00889 (the "State Court Action"). A copy of the Summons and Complaint ("Complaint") is attached hereto as Exhibit A.

3. District courts have federal question jurisdiction over "all civil actions arising under the Constitution, laws or treaties of the United States." 28 U.S.C. § 1331. This Court has jurisdiction under 28 U.S.C. § 1331 because Plaintiff's claim arises under the laws of the United States. Further, this Court may exercise supplemental jurisdiction of any related state law claims pursuant to 28 U.S.C. § 1367.

4. NCB was served with a copy of the Complaint on May 20, 2019. Thus, pursuant to 28 U.S.C. § 1446(b), NCB has timely filed this Notice of Removal within thirty days.

5. A copy of this Notice of Removal is being served upon Plaintiff and will be filed in the State Court Action.

6. The State Court Action is located within the Central District of California. Therefore, venue for purposes of removal is proper because the United States District Court for the Central District of California embraces the place in which the removed action was pending. 28 U.S.C. § 1441(a).

7. Removal of the State Court Action is therefore proper under 28 U.S.C. §§ 1441 and 1446.

Dated: 6/19/19   SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

*/s/Debbie P. Kirkpatrick*
Debbie P. Kirkpatrick
Attorneys for Defendant
NCB Management Services, Inc.