UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALLEN,<br><br>    Plaintiff,<br>vs.<br><br>NCB MANAGEMENT SERVICES, INC.; DOES 1-10 inclusive,<br><br>    Defendants. | Case No.: 19-cv-05353-JAK-MRW<br><br>**ORDER RE STIPULATION TO DISMISS CAE WITH PREJDUICE (DKT. 13)**<br><br>**JS-6** |

The parties to the above captioned action having stipulated that the action shall be dismissed in its entirety with prejudice (the "Stipulation"), and the Court having considered the same, **GRANTS** the Stipulation. Accordingly, this action shall be dismissed in its entirety with prejudice. Each party is to bear its own costs and fees.

IT IS SO ORDERED.

Dated: November 25, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE